

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ARRAY OF SOAP, LLC | : | |
| | : | Civil Action No. 2:25-cv-00339-ALM-CMV |
| Plaintiff, | : | |
| | : | |
| v. | : | Judge: Douglas R. Cole |
| | : | |
| MAGNOLIA SOAP AND BATH CO. FRCH, LLC, et al. | : | Magistrate Judge: Chelsey M. Vascura |
| | : | |
| Defendants. | : | |

## AFFIDAVIT OF BENJAMIN WILLIAMS

Benjamin Williams, being duly cautioned and sworn, deposes and states that:

1. I am over the age of eighteen and have personal knowledge of all the facts testified to herein.

2. I am a representative of Plaintiff Array of Soap, LLC ("Plaintiff").

3. I attempted on numerous occasions to negotiate a resolution with Defendant Magnolia Soap and Bath Co Frch, LLC's ("Magnolia") and maintain the business relationship between us, but Magnolia was unwilling to engage with me in good faith. I was left with no choice but to retain counsel, issue demand letters, and ultimately, file suit.

4. On January 2, 2025, in an effort to receive a substantive response from Magnolia and engage in settlement negotiations, I directed my counsel to send a second copy of Plaintiff's demand letter ("Second Demand Letter") to 706 Carter Avenue, New Albany, MS 38652, a location I understood to be Magnolia's corporate office.

5. On January 14, 2025, in a final attempt to resolve Plaintiff's claims prior to initiating litigation, I directed my counsel to send the demand letter ("Third Demand Letter") to

401 East Bankhead Street, New Albany, MS 38652, which I understood to be Magen Bynum's, Magnolia's owner, residential address; 103B W. Bankhead Street, New Albany, MS 38652, which I understood to be the location of a Magnolia store operated by Ms. Bynum; 1000 Barnes Crossing Rd., Ste 715, Tupelo, MS 38804, which I understood to be the location of a Magnolia store operated by Ms. Bynum; and 1533 Highway 30 West, Myrtle, MS 38650, which I understood to be the location of Magnolia's warehouse.

6. On February 21, 2025, I notified Ms. Bynum and Magnolia's Brand President, Dianne Davis, via email that, because Magnolia has been unwilling to engage in any discussions to reach a resolution, Plaintiff intended to initiate litigation. (2/21/2025 email attached hereto at Exhibit 1.) Although Ms. Davis responded and stated that she was going to reach out to Ms. Bynum directly and "ensure this is at the top of her list when she gets in the office in the morning," Ms. Bynum never reached out to me. (Exhibit 1.)

*Benjamin Williams* 
_____
Benjamin Williams

STATE OF OHIO              :
                           : SS
COUNTY OF FRANKLIN         :

Sworn to and subscribed before me this 9th day of May, 2025.

Hannah B. Kittle
State of Ohio
Electronic Notary Public
Commission No. 2017-RE-670399
Commission Expires September 15, 2027

*Hannah B Kittle* 
_____
Notary Public

Online Notary Public. This notarial act involved the use of online audio/video communication technology. Notarization facilitated by SIGNiX®