Attorney/Client Priviledge

**From:** Dianne Davis <ddavis@magnoliasoapandbath.com>
**Date:** February 23, 2025 at 9:48:18 PM EST
**To:** Ben Williams <benwilliams@magnoliasoapandbath.com>
**Cc:** Magen Bynum <Magen@magnoliasoapandbath.com>, Lindsay Williams <lancaster@magnoliasoapandbath.com>, Ben Williams <ben21williams@gmail.com>
**Subject: Re: Checking in with you**

Hi Ben (and Lindsay) - I appreciate your kind words especially under the circumstances. You are correct - I am very new and am learning and immersing myself as quickly as I can in Magnolia. I am very sorry the relationship with you as our Franchisee and Magnolia as the Franchisor is to the point attorneys are involved. I feel as though no one wins once attorneys are involved. It can become very expensive and cumbersome for all involved. I have no judgement at all and realize you felt you had to do what you had to do. But I am very sorry you felt there was no other way.

Please know that you are heard and although I cannot say I understand where you are I want you to know I am very sensitive to it. I do not wish to add any burden to this situation. I have the deepest respect for our Franchisees. I want the absolute best for you and mean you no harm.

I know this is on Megan's radar. We discussed last week although it was fairly limited due to my being out on an unexpected medical issue. I do not know why there is a delay with a response.

Here is what I DO know. Magen is copied on this email. I am also going to reach out to her directly to ensure this is at the top of her list when she gets in the office in the morning.

Thank you, Ben. It is a very strained time in our Franchisee/Franchisor relationship and I greatly regret this. However; I want once again to avail myself to you. If you need any assistance with the operation of your Franchise, please do not hesitate to text me at

9186364061. That is the quickest way to reach me with the many Franchisee meetings I am having each day.

Thank you, again. My heart is heavy.

Dianne

On Fri, Feb 21, 2025 at 10:28 AM Ben Williams <benwilliams@magnoliasoapandbath.com> wrote:

Hi Dianne,

Thank you for reaching out. I appreciate your commitment to the franchisees demonstrated even here with you following up with us. We've not met yet and you're still new but we've seen and heard only great things about you. Keep up the great work. Thank you for letting me know about the invoices. Both have been paid. Let me know if you need anything else from us.

Magen,

We've shown tremendous patience as we navigate missed deadline after missed deadline by you and your attorneys. The most recent communication was sent last Friday asking when we should expect to have an initial response to our complaint. We have heard nothing back. The first copy of the complaint was sent in December.. Lindsay and I are done waiting. We have our attorney preparing the litigation paperwork and she will be filing it once it's ready to go. We were content with keeping these negotiations between you and us; we would settle and go our separate ways. Since it's apparent you aren't interested in having these types of discussions, we will be litigating to the fullest extent of the law (at minimum 3x damages). We also know many other franchisees who would love to join our suit, who have been harmed through your unfair and deceptive business practices. I'm not sure how much more time it's going to take my attorney to prep the litigation paperwork but you have until then to initiate a settlement.

Thank you,
Ben and Lindsay Williams

On Thu, Feb 20, 2025 at 3:15 PM Dianne Davis <ddavis@magnoliasoapandbath.com> wrote:

Hi Ben and Lindsey,

I am checking with you to ensure we are keeping lines of communication open between you and the Magnolia Franchisee Support Center Team. My understanding is that the two attorneys who are now involved are working through the response process. While we await this process I want to be certain you know you can reach out to me for any operational and support needs for the running of your Franchise. These attorney things always take much longer than I would personally prefer but we are where we are.

I am copying Pam Robertson, our Director of Finance, Nick LaRocco, our Director of Operations, and Magen whom you of course know. I believe Pam may have a couple of invoices she needs to ask about.

In the meantime - for any other needs feel free to reach out to me personally. We are here to support you as we work to address the issues you surfaced via your legal counsel.

Thank you, Ben and Lindsey! We are here for you and I am here for you personally!
Dianne

--



### Dianne Davis

**Brand President, Magnolia Soap & Bath Co.**

(918)-636-4061    Magnolia Soap & Bath Co.

.

--



### Dianne Davis

**Brand President, Magnolia Soap & Bath Co.**

(918)-636-4061  Magnolia Soap & Bath Co.

 

.