## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

Magnolia Soap & Bath Holding Co., LLC
Magnolia Soap and Bath Co. FRCH, LLC
c/o Magen Bynum
119 West Bankhead Street
New Albany, Mississippi 38652

9590 9402 7131 1251 9730 57

**2. Article Number** *(Transfer from service label)*

9589 0710 5270 0164 7808 14

PS Form 3811, July 2020 PSN 7530-02-000-9053

## COMPLETE THIS SECTION ON DELIVERY

**A. Signature**
X *Dulce Lopez*
☒ Agent
☐ Addressee

**B. Received by** *(Printed Name)*
*Dulce Lopez*

**C. Date of Delivery**

**D. Is delivery address different from item 1?** ☐ Yes
If YES, enter delivery address below: ☐ No

**3. Service Type**
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**EXHIBIT 2**

ALERT: WINTER STORMS IN THE MIDWEST THROUGH THE NORTHEAST U.S. MAY DELAY FIN...

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 95890710527001 64780814

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 9:56 am on December 13, 2024 in NEW ALBANY, MS 38652.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

## Delivered

**Delivered, Left with Individual**

NEW ALBANY, MS 38652
December 13, 2024, 9:56 am

**Out for Delivery**

NEW ALBANY, MS 38652
December 13, 2024, 7:46 am

**Arrived at Post Office**

NEW ALBANY, MS 38652
December 13, 2024, 7:35 am

**Departed USPS Regional Facility**

MEMPHIS TN DISTRIBUTION CENTER
December 13, 2024, 5:12 am

**Departed USPS Regional Facility**

MEMPHIS TN DISTRIBUTION CENTER

December 13, 2024, 2:29 am

**Arrived at USPS Regional Facility**
MEMPHIS TN DISTRIBUTION CENTER
December 12, 2024, 11:01 pm

**Arrived at USPS Regional Facility**
COLUMBUS OH DISTRIBUTION CENTER
December 12, 2024, 2:39 am

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**