ALERT: WINTER STORMS IN THE MIDWEST THROUGH THE NORTHEAST U.S. MAY DELAY FIN...

# USPS Tracking®



FAQs >

Remove ✕

**Tracking Number:**

## 9589071052700164780791

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Moving Through Network
**In Transit to Next Facility**

February 13, 2025

**Arrived at USPS Facility**

LOUISVILLE, KY 40221
February 10, 2025, 4:15 am

**Unclaimed/Being Returned to Sender**

NEW ALBANY, MS 38652
January 21, 2025, 1:48 pm

**Available for Pickup**

NEW ALBANY
801 E BANKHEAD ST
NEW ALBANY MS 38652-9998
M-F 0830-1630; SAT 0930-1130
January 11, 2025, 7:54 am

**Reminder to Schedule Redelivery of your item**

January 11, 2025

**Available for Pickup**
NEW ALBANY
801 E BANKHEAD ST
NEW ALBANY MS 38652-9998
M-F 0830-1630; SAT 0930-1130
January 6, 2025, 3:00 pm

**Notice Left (No Secure Location Available)**
NEW ALBANY, MS 38652
January 6, 2025, 12:40 pm

**Arrived at Post Office**
NEW ALBANY, MS 38652
January 6, 2025, 4:18 am

**Arrived at USPS Regional Facility**
MEMPHIS TN DISTRIBUTION CENTER
January 4, 2025, 1:45 pm

**In Transit to Next Facility**
January 4, 2025, 11:22 am

**In Transit to Next Facility**
January 4, 2025, 5:10 am

**Departed USPS Regional Facility**
COLUMBUS OH DISTRIBUTION CENTER
January 4, 2025, 2:03 am

**Arrived at USPS Regional Facility**
COLUMBUS OH DISTRIBUTION CENTER
January 3, 2025, 1:43 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**