| | |
|---|---|
| **From:** | Lindsay Nelson |
| **Sent:** | Tuesday, March 4, 2025 4:49 PM |
| **To:** | Frank Reino |
| **Cc:** | Daniel Nussbaum |
| **Subject:** | RE: Magnolia - Array of Soap |
| **Attachments:** | Magnolia Soap Complaint.pdf; 2025.03.04 Notice of a Lawsuit - Magnolia Soap & Bath Co. FRCH, LLC.pdf; 2025.03.04 Waiver of Service of Summons - Emily Burriss.pdf; 2025.03.04 Waiver of Service of Summons - Magnolia Soap and Bath Co..pdf; 2025.03.04 Notice of a Lawsuit - Emily Burriss.pdf |

Frank,

Please see attached for a courtesy copy of the Complaint that was submitted for filing today. Also attached are Notices and Waivers of Service of Summons.

While we disagree with your position on mediation, we are willing to participate as long as Magnolia engages in good faith and all parties agree on the mediator, time, location and distribution of costs. As a starting point, please let us know if Magnolia is amenable to participating in mediation remotely via Zoom.

**ALLEN STOVALL NEUMAN & ASHTON LLP**

— ATTORNEYS —

**LINDSAY NELSON**

10 W. Broad St.
Suite 2400
Columbus, OH 43215
O: (614) 221-8500
D: (614) 591-9582

nelson@ASNAlaw.com

**website | map**

CONFIDENTIALITY NOTICE: This email transmission, and any documents, files or previous email messages attached to it or embedded within it, may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein or attached hereto (including any reliance thereon) is strictly prohibited. If you receive this transmission in error, please immediately notify the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.

**From:** Frank Reino <freino@fisherzucker.com>
**Sent:** Tuesday, February 25, 2025 2:17 PM
**To:** Lindsay Nelson <nelson@asnalaw.com>; Daniel Nussbaum <dnussbaum@fisherzucker.com>
**Subject:** RE: Magnolia - Array of Soap

Lindsay, please see the attached correspondence.

Thanks,
Frank

**From:** Lindsay Nelson <nelson@asnalaw.com>
**Sent:** Friday, February 14, 2025 5:01 PM
**To:** Daniel Nussbaum <dnussbaum@fisherzucker.com>
**Cc:** Frank Reino <freino@fisherzucker.com>
**Subject:** RE: Magnolia - Array of Soap

Daniel,

Can you please provide a specific date by which we can expect to receive a response from Magnolia?

We sent a copy of the demand letter to Magnolia on December 11, 2024, to the address listed in the introductory paragraph of the Franchise Agreement: 119 West Bankhead Street, New Albany, Mississippi, 38652. The letter was delivered on December 13, 2024. Accordingly, Magnolia's 30-day window to submit the claims to mediation has long since expired.

**ALLEN STOVALL NEUMAN & ASHTON LLP**
— ATTORNEYS —

**LINDSAY NELSON**

10 W. Broad St.
Suite 2400
Columbus, OH 43215
O: (614) 221-8500
D: (614) 591-9582

nelson@ASNAlaw.com

website | map

CONFIDENTIALITY NOTICE: This email transmission, and any documents, files or previous email messages attached to it or embedded within it, may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein or attached hereto (including any reliance thereon) is strictly prohibited. If you receive this transmission in error, please immediately notify the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.

---

**From:** Daniel Nussbaum <dnussbaum@fisherzucker.com>
**Sent:** Friday, February 14, 2025 11:37 AM
**To:** Lindsay Nelson <nelson@asnalaw.com>
**Cc:** Frank Reino <freino@fisherzucker.com>
**Subject:** RE: Magnolia - Array of Soap

Good morning, Ms. Nelson,
Thank you for your patience while we work to finalize our response to your letter in the above-captioned matter. My colleague Frank (cc'd here) and I were traveling for most of this week, and expect to follow up with a comprehensive response very shortly. In the interim, please accept this correspondence as notice that Franchisor elects, pursuant to Section 20.2 of the Franchise Agreement, to submit any claim(s) arising out of this matter to mediation.

Thank you – we expect to follow up shortly with a more comprehensive letter response.
Daniel

Daniel Z. Nussbaum
*Associate Attorney*



Fisher Zucker LLC
21 South 21st Street
Philadelphia, PA  19103
t. 215-825-3125
f. 215-825-3101
dnussbaum@fisherzucker.com
www.fisherzucker.com

**From:** Lindsay Nelson <nelson@asnalaw.com>
**Sent:** Wednesday, February 5, 2025 4:01 PM
**To:** Daniel Nussbaum <dnussbaum@fisherzucker.com>
**Cc:** Magen Bynum <magen@magnoliasoapandbath.com>
**Subject:** RE: Magnolia - Array of Soap

Appreciate you reaching out, Daniel. We will expect to hear back from you early next week.

ALLEN STOVALL NEUMAN & ASHTON LLP
— ATTORNEYS —

LINDSAY NELSON

10 W. Broad St.
Suite 2400
Columbus, OH 43215
O: (614) 221-8500
D: (614) 591-9582

nelson@ASNAlaw.com

website | map

CONFIDENTIALITY NOTICE:  This email transmission, and any documents, files or previous email messages attached to it or embedded within it, may contain information that is privileged, confidential and/or exempt from disclosure under applicable law.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein or attached hereto (including any reliance thereon) is strictly prohibited.  If you receive this transmission in error, please immediately notify the sender and destroy the material in its entirety, whether in electronic or hard copy format.  Thank you.

**From:** Daniel Nussbaum <dnussbaum@fisherzucker.com>
**Sent:** Wednesday, February 5, 2025 11:36 AM
**To:** Lindsay Nelson <nelson@asnalaw.com>
**Cc:** Magen Bynum <magen@magnoliasoapandbath.com>
**Subject:** Magnolia - Array of Soap

Dear Ms. Nelson,
Our office represents Magnolia Soap & Bath Co. FRCH LLC. We just received your letter dated January 14, 2025 on behalf of Array of Soap LLC – if you could kindly allow us a few days to review and respond in more detail, we would appreciate it. We expect to provide a more comprehensive response early next week.

Thank you,
Daniel Nussbaum

Daniel Z. Nussbaum
*Associate Attorney*



Fisher Zucker LLC
21 South 21st Street
Philadelphia, PA  19103
t. 215-825-3125
f. 215-825-3101
 dnussbaum@fisherzucker.com
 www.fisherzucker.com