# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ARRAY OF SOAP, LLC | : | |
| | : | Civil Action No. 2:25-cv-00339 |
| Plaintiff, | : | |
| | : | |
| v. | : | Judge Douglas R. Cole |
| | : | |
| MAGNOLIA SOAP AND BATH CO. FRCH, LLC, et al. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| Defendants. | : | |

## PLAINTIFF ARRAY OF SOAP, LLC'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT *INSTANTER*

Plaintiff Array of Soap, LLC ("Plaintiff") respectfully moves this Court for entry of an order permitting it leave to file an Amended Complaint *instanter* to (1) address alleged pleading deficiencies raised by Defendants Magnolia Soap and Bath Co. Frch, LLC and Emily Burriss (collectively, "Defendants") in their Motion to Dismiss Plaintiff's Complaint or, in the Alternative, to Transfer Venue (Doc#: 14; PAGEID#: 677); and (2) seek rescission of the Franchise Agreement. A Memorandum in Support of this Motion is attached hereto. A copy of the proposed Amended Complaint is attached hereto at Exhibit 1.

Respectfully Submitted,

/s/ *Lindsay M. Nelson*
Katherine C. Ferguson (0079207)
Lindsay M. Nelson (0095560) (Trial Attorney)
ALLEN STOVALL NEUMAN & ASHTON LLP
10 W Broad St, Ste. 2400
Columbus, Ohio 43215
Telephone: (614) 221-8500
Email: Ferguson@ASNALaw.com
Email: Nelson@ASNALaw.com

*Counsel for Plaintiff*

**MEMORANDUM IN SUPPORT**

**I.  INTRODUCTION**

Plaintiff Array of Soap, LLC ("Plaintiff") initiated this litigation against Defendants Magnolia Soap and Bath Co. Frch, LLC ("Magnolia") and Emily Burriss (collectively, "Defendants") in state court on or about March 5, 2025. Defendants filed a Joint Notice of Removal with this Court on April 1, 2025. (Doc #: 1). On April 18, 2025, Defendants moved to dismiss the Complaint or, in the alternative, to transfer venue to a district court in Mississippi ("Motion to Dismiss/Transfer"). (Doc #: 14.)

In the Motion to Dismiss/Transfer, Defendants contend that Plaintiff's Complaint should be dismissed because Plaintiff failed to particularly plead the satisfaction of a condition precedent within the Franchise Agreement. (Doc#: 14; PAGEID#: 686-87.) While Plaintiff disputes that it is required to affirmatively plead the performance of a condition precedent in the Complaint (Doc#: 16; PAGEID#: 715-16), it is acting of the abundance of caution and seeking leave to amend its Complaint to more particularly plead the satisfaction of any conditions precedent in the Franchise Agreement.

Discovery has not commenced and Plaintiff is moving to amend its Complaint prior to the May 30, 2025 deadline agreed upon by the parties and this Court for amendment of the pleadings. (Doc #: 12; Doc #: 13).

**II.  LAW & ARGUMENT**

Federal Rule of Civil Procedure 15(a)(2) provides that after a responsive pleading is filed, a party may only amend a pleading with the written consent of the opposing party or with leave of the Court. The rule also provides that "[t]he [C]ourt should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). "In exercising its discretion, the trial court may consider such

factors as 'undue delay, bad faith or dilatory motive on the part of a movant, repeated failures to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, [and] futility of the amendment.'" *Reed v. Columbia Gas Transm. LLC*, S.D. Ohio No. 2:22-cv-3417, 2023 U.S. Dist. LEXIS 80521, at *6 (Apr. 14, 2023) (quoting *Foman v. Davis*, 371 U.S. 178, 182, 83 S. Ct. 227, 9 L. Ed. 2d 222 (1962)).

In their Rule 26(f) Report (Doc #: 12), the parties agreed to a May 30, 2025 deadline to amend the pleadings, which this Court incorporated into its Preliminary Pretrial Order (Doc #: 13). Plaintiff is moving to amend its Complaint prior to this deadline and to ensure that all facts, claims and remedies necessary to resolve the instant dispute are included in this matter. Plaintiff is not acting with undue delay, bad faith or dilatory motive in seeking leave to amend its Complaint.

### III.   CONCLUSION

Based on the foregoing, Plaintiff respectfully requests that this Court grant it leave to file its Amended Complaint attached hereto as Exhibit 1.

Respectfully Submitted,

/s/ *Lindsay M. Nelson*
Katherine C. Ferguson (0079207)
Lindsay M. Nelson (0095560) (Trial Attorney)
ALLEN STOVALL NEUMAN & ASHTON LLP
10 W Broad St, Ste. 2400
Columbus, Ohio 43215
Telephone: (614) 221-8500
Email: Ferguson@ASNALaw.com
Email: Nelson@ASNALaw.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on May 9, 2025, a copy of the foregoing was filed electronically with the Court through its Electronic Case Filing System. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

              /s/ *Lindsay M. Nelson*
              Lindsay M. Nelson