From: **Ben Williams** <ben21williams@gmail.com>
Date: Thu, Jan 19, 2023 at 8:37 PM
Subject: Re: Example P and L And Pro Forma Calculator Info
To: Emily Burriss <emily@magnoliasoapandbath.com>
Cc: Lindsay Bishop <lindsaybishop@me.com>

Hey Emily!

Thank you so much for this. It helps a ton to walk through real numbers.

Would you say this an average P&L? When we had discussed expected net profit previously, I was thinking franchisees we're making 30-40%. This one looks to be making 20-25%.

Thanks again!
Ben

> On Jan 17, 2023, at 2:47 PM, Emily Burriss <emily@magnoliasoapandbath.com> wrote:
>
> Hey Guys!
>
> Here are some numbers to fill in for you to create a pro forma, our financial team is working on a calculator, but I think I can provide you with enough information for you to build something you can use.
>
> I also attached an example P and L. The month of June COGS were for a second location as well.
>
> **\* We are in no way guaranteeing these values will be the same in your potential location. This is one franchise location's P and L to show you a look at what expenses and sales were for a particular store in their first 1.5 years. \***

EXHIBIT B

Item 7 and Item 19 from the FDD are attached, they have the estimated
initial investment values, and some revenue numbers from 2021 stores that were at least open a full calendar year 2021.

Fixed Expenses:
***These are what we like to see in terms of fixed expenses. We are in no way guaranteeing these will be your fixed expenses, but the ballpark of where you should aim for expenses.***
Rent and Labor : less than or equal to around $90,000 for the year
Utilities: $8400 or $700/ month (gas, electricity, internet/ phone, etc.)
Insurance: $4000 yearly
Local Marketing: $8400-10,000 yearly
Bank Fees/ General Operational Fees: $5000 yearly

COGS : Ceiling of 30% as it fluctuates with national and global supply chain, inlfation, etc., currently at 25%, but working on getting it to 20%
Merchant Services : 2%
Royalty : 6%

--

Emily Burriss
Franchise Director- Magnolia Soap and Bath Company
t: 901-833-0651
emily@magnoliasoapandbath.com
Schedule a Meeting | Instagram | Website