| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Dulce Lopez_ ☒ Agent ☐ Addressee<br>B. Received by (Printed Name) _Dulce Lopez_  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Magnolia Soap & Bath Holding Co., LLC<br>Magnolia Soap and Bath Co. FRCH, LLC<br>c/o Magen Bynum<br>119 West Bankhead Street<br>New Albany, Mississippi 38652 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 7131 1251 9730 57 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>9589 0710 5270 0164 7808 14 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |



EXHIBIT E

ALERT: WINTER STORMS IN THE MIDWEST THROUGH THE NORTHEAST U.S. MAY DELAY FIN...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052700164780814

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 9:56 am on December 13, 2024 in NEW ALBANY, MS 38652.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
NEW ALBANY, MS 38652
December 13, 2024, 9:56 am

### Out for Delivery
NEW ALBANY, MS 38652
December 13, 2024, 7:46 am

### Arrived at Post Office
NEW ALBANY, MS 38652
December 13, 2024, 7:35 am

### Departed USPS Regional Facility
MEMPHIS TN DISTRIBUTION CENTER
December 13, 2024, 5:12 am

### Departed USPS Regional Facility
MEMPHIS TN DISTRIBUTION CENTER

December 13, 2024, 2:29 am

**Arrived at USPS Regional Facility**
MEMPHIS TN DISTRIBUTION CENTER
December 12, 2024, 11:01 pm

**Arrived at USPS Regional Facility**
COLUMBUS OH DISTRIBUTION CENTER
December 12, 2024, 2:39 am

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

| Text & Email Updates | ∨ |
|---|---|

| USPS Tracking Plus® | ∨ |
|---|---|

| Product Information | ∨ |
|---|---|

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**