**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Magnolia Soap & Bath Holding Co., LLC
Magnolia Soap and Bath Co. FRCH, LLC
c/o Magen Bynum
119 West Bankhead Street
New Albany, Mississippi 38652

9590 9402 7131 1251 9730 57

2. Article Number (Transfer from service label)

9589 0710 5270 0164 7808 14

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Dulce Lopez
☒ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Dulce Lopez

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

**EXHIBIT E**

ALERT: WINTER STORMS IN THE MIDWEST THROUGH THE NORTHEAST U.S. MAY DELAY FIN…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052700164780814

Copy       Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 9:56 am on December 13, 2024 in NEW ALBANY, MS 38652.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

**Delivered**
**Delivered, Left with Individual**
NEW ALBANY, MS 38652
December 13, 2024, 9:56 am

**Out for Delivery**
NEW ALBANY, MS 38652
December 13, 2024, 7:46 am

**Arrived at Post Office**
NEW ALBANY, MS 38652
December 13, 2024, 7:35 am

**Departed USPS Regional Facility**
MEMPHIS TN DISTRIBUTION CENTER
December 13, 2024, 5:12 am

**Departed USPS Regional Facility**
MEMPHIS TN DISTRIBUTION CENTER

Feedback

Case: 2:25-cv-00339-DRC-CMV Doc #: 21-5 Filed: 06/02/25 Page: 3 of 3  PAGEID #: 1472

- December 13, 2024, 2:29 am

- **Arrived at USPS Regional Facility**
  MEMPHIS TN DISTRIBUTION CENTER
  December 12, 2024, 11:01 pm

- **Arrived at USPS Regional Facility**
  COLUMBUS OH DISTRIBUTION CENTER
  December 12, 2024, 2:39 am

- Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates  ⌄

USPS Tracking Plus®  ⌄

Product Information  ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**