ALERT: WINTER STORMS IN THE MIDWEST THROUGH THE NORTHEAST U.S. MAY DELAY FIN...

# USPS Tracking®



**EXHIBIT**
**G**

FAQs >

Remove ✕

**Tracking Number:**

# 95890710527001647800791

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

---

**Get More Out of USPS Tracking:**

 USPS Tracking Plus®

## Moving Through Network
**In Transit to Next Facility**

February 13, 2025

**Arrived at USPS Facility**

LOUISVILLE, KY 40221
February 10, 2025, 4:15 am

**Unclaimed/Being Returned to Sender**

NEW ALBANY, MS 38652
January 21, 2025, 1:48 pm

**Available for Pickup**

NEW ALBANY
801 E BANKHEAD ST
NEW ALBANY MS 38652-9998
M-F 0830-1630; SAT 0930-1130
January 11, 2025, 7:54 am

**Reminder to Schedule Redelivery of your item**

Feedback

January 11, 2025

**Available for Pickup**
NEW ALBANY
801 E BANKHEAD ST
NEW ALBANY MS 38652-9998
M-F 0830-1630; SAT 0930-1130
January 6, 2025, 3:00 pm

**Notice Left (No Secure Location Available)**
NEW ALBANY, MS 38652
January 6, 2025, 12:40 pm

**Arrived at Post Office**
NEW ALBANY, MS 38652
January 6, 2025, 4:18 am

**Arrived at USPS Regional Facility**
MEMPHIS TN DISTRIBUTION CENTER
January 4, 2025, 1:45 pm

**In Transit to Next Facility**
January 4, 2025, 11:22 am

**In Transit to Next Facility**
January 4, 2025, 5:10 am

**Departed USPS Regional Facility**
COLUMBUS OH DISTRIBUTION CENTER
January 4, 2025, 2:03 am

**Arrived at USPS Regional Facility**
COLUMBUS OH DISTRIBUTION CENTER
January 3, 2025, 1:43 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**                                                    ⌄

**USPS Tracking Plus®**                                                      ⌄

Case: 2:25-cv-00339-DRC-CMV Doc #: 21-7 Filed: 06/02/25 Page: 3 of 3  PAGEID #: 1481

**Product Information**

⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**