# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| ARRAY OF SOAP, LLC, | : | |
|---|---|---|
| | : | Civil Action No. 2:25-cv-00339 |
| Plaintiff, | : | |
| | : | |
| v. | : | Judge Douglas R. Cole |
| | : | |
| MAGNOLIA SOAP AND BATH CO. FRCH, LLC, *et al.*, | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| Defendants. | : | |

## JOINT MOTION TO EXTEND DEADLINES IN PRELIMINARY PRETRIAL ORDER

Plaintiff Array of Soap, LLC ("Plaintiff") and Defendants Magnolia Soap and Bath Co. Frch, LLC and Emily Burriss (collectively, the "Defendants") respectfully move this Court for an Order, pursuant to Fed. R. Civ. P. 6(b) and Loc. R. 16.2, extending the deadlines in the Preliminary Pretrial Order (ECF Doc#: 13) as follows:

| **Event** | **Current Dates** | **Proposed Dates** |
|---|---|---|
| Discovery Cut Off | 11/7/2025 | 2/13/2026 |
| Primary Expert Report Due | 12/19/2025 | 3/27/2026 |
| Rebuttal Expert Report Due | 1/16/2026 | 4/24/2026 |
| Dispositive Motion Deadline | 2/6/2026 | 5/15/2026 |

The Parties submit this Joint Motion on the basis that while the parties have issued written discovery and subpoenas, the Parties need additional time to fully complete discovery. As the Parties are diligently pursuing their respective claims and defenses, the parties conferred and determined additional time is necessary to exchange additional written discovery, conduct depositions and subsequently prepare dispositive motions. Accordingly, good cause exists to amend the deadlines set forth in the Preliminary Pretrial Order. A Proposed Amended Preliminary Pretrial Order is attached hereto.

Respectfully Submitted,

| | |
|---|---|
| */s/ Marcus A. Miller (per email authorization)* | */s/ Lindsay M. Nelson* |
| Michael A. Snyder (0069425) | Katherine Connor Ferguson (0079207) |
| Marcus A. Miller (0096597) (Trial Attorney) | Lindsay M. Nelson (0095560) Trial Attorney |
| SHUMAKER, LOOP & KENDRICK, LLP | Allen Stovall Neuman & Ashton LLP |
| 41 South High Street | 10 W. Broad St., Ste 2400 |
| Columbus, Ohio 43215-6104 | Columbus, Ohio 43215 |
| (614) 463-9441 (telephone) | Telephone: (614) 221-8500 |
| (614) 463-1108 (facsimile) | Email: ferguson@asnalaw.com |
| Email: msnyder@shumaker.com | Email: nelson@asnalaw.com |
| Email: mmiller@shumaker.com | |
| | *Counsel for Plaintiff Array of Soap, LLC* |
| Frank A. Reino (Pro Hac Vice; PA License No. 040092005) | |
| FISHER ZUCKER LLC | |
| 21 S. 21st Street | |
| Philadelphia, PA 19103 | |
| Email: freino@fisherzucker.com | |
| *Counsel for Defendants* | |

# CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2025 a copy of the foregoing was filed electronically with the Court through its Electronic Case Filing System. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                                   */s/ Lindsay M. Nelson*
                                                   Lindsay M. Nelson

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| ARRAY OF SOAP, LLC, | : | |
|---|---|---|
| | : | Civil Action No. 2:25-cv-00339 |
| Plaintiff, | : | |
| | : | |
| v. | : | Judge Douglas R. Cole |
| | : | |
| MAGNOLIA SOAP AND BATH CO. FRCH, LLC, *et al.*, | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| Defendants. | : | |

## AMENDED PRELIMINARY PRETRIAL ORDER

This Court, having considered the Parties' Joint Motion to Extend Deadlines in the Preliminary Pretrial Order, adopts the following Amended Preliminary Pretrial Order, pursuant to Fed. R. Civ. P. 6(b) and Loc. R. 16.2:

| Event | Current Dates | Proposed Dates |
|---|---|---|
| Discovery Cut Off | 11/7/2025 | 2/13/2026 |
| Primary Expert Report Due | 12/19/2025 | 3/27/2026 |
| Rebuttal Expert Report Due | 1/16/2026 | 4/24/2026 |
| Dispositive Motion Deadline | 2/6/2026 | 5/15/2026 |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE