# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| ARRAY OF SOAP, LLC, | : | |
|---|---|---|
| | : | Civil Action No. 2:25-cv-00339 |
| Plaintiff, | : | |
| | : | |
| v. | : | Judge Douglas R. Cole |
| | : | |
| MAGNOLIA SOAP AND BATH CO. FRCH, LLC, *et al.*, | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| | : | |
| Defendants. | : | |

## AMENDED PRELIMINARY PRETRIAL ORDER

This Court, having considered the Parties' Joint Motion to Extend Deadlines in the Preliminary Pretrial Order, adopts the following Amended Preliminary Pretrial Order, pursuant to Fed. R. Civ. P. 6(b) and Loc. R. 16.2:

| Event | Current Dates | Proposed Dates |
|---|---|---|
| Discovery Cut Off | 11/7/2025 | 2/13/2026 |
| Primary Expert Report Due | 12/19/2025 | 3/27/2026 |
| Rebuttal Expert Report Due | 1/16/2026 | 4/24/2026 |
| Dispositive Motion Deadline | 2/6/2026 | 5/15/2026 |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE