**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**


**ARRAY OF SOAP, LLC,**

        **Plaintiff,**

    **v.**

                                                **Civil Action 2:25-cv-339**
                                              **Judge Douglas R. Cole**

**MAGNOLIA SOAP AND BATH CO.**                           **Magistrate Judge Chelsey M. Vascura**
**FRCH, LLC,** *et al.*,

        **Defendants.**


**ORDER**

    This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice as to Jane Doe Defendant, which the Court construes as a motion to drop a party pursuant to Federal Rule of Civil Procedure 21. (ECF No. 68.) The Motion is **GRANTED**. The Court **DROPS** and **DISMISSES WITHOUT PREJUDICE** Plaintiff's claims against Defendant Jane Doe.


    **IT IS SO ORDERED.**


                                            /s/ *Chelsey M. Vascura*
                                            CHELSEY M. VASCURA
                                            UNITED STATES MAGISTRATE JUDGE