**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**ARRAY OF SOAP, LLC,**

**Plaintiff,**

**v.**

**Civil Action 2:25-cv-339**
**Judge Douglas R. Cole**
**Magistrate Judge Chelsey M. Vascura**

**MAGNOLIA SOAP AND BATH CO. FRCH, LLC, *et al.*,**

**Defendants.**

**ORDER**

This matter is before the Court on the parties Joint Stipulation Regarding Limited Discovery after Discovery Cutoff (ECF No. 81.) By way of background, the Preliminary Pretrial Order states, “The parties may, without further leave of Court, agree to exceed the limitations on discovery established by the Federal Rules of Civil Procedure or the Local Rules of this Court” and that the parties “must also file any motions relating to discovery within the discovery period.” (ECF No. 13.) Discovery in this case closed on August 14, 2026. (ECF No. 67.) The parties now stipulate to conduct depositions, respond to outstanding written discovery requests, and (purportedly) to reserve the right to seek Court intervention concerning the outstanding written discovery requests and discovery deficiencies raised among the parties in July 2026, after that August 14, 2026 deadline. (ECF No. 81.)

Although the parties may stipulate to conduct discovery after the discovery deadline as provided by the Preliminary Pretrial Order, they cannot accomplish an extension of the deadline to seek Court intervention by stipulation. The undersigned therefore construes the parties’ Joint

Stipulation (ECF No. 81) as a motion to extend the discovery deadline (and thus, the deadline to seek court intervention regarding discovery disputes). The motion is **GRANTED**. The fact discovery period is **EXTENDED**, *for the limited purpose* of conducting the discovery outlined in the parties' Joint Stipulation and resolving any disputes arising therefrom, until **OCTOBER 26, 2026**.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE